IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| BOUNLOP PHANTHALASY,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN AGENTS, INC., JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5, DOE PARTNERSHIPS 1-5, DOE NON-PROFIT ORGANIZATIONS 1-5, and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>Defendants. | CIVIL NO. 1:18-cv-00285<br>(Other Civil Action)<br><br>**COUNTERCLAIM; SUMMONS** |

## COUNTERCLAIM

Defendant Hawaiian Agents, Inc., by and through its counsel, Case Lombardi & Pettit, asserts the following Counterclaim against Plaintiff Bounlop Phanthalasy and alleges and avers as follows:

1. Hawaiian Agents is a Hawaii corporation that is domiciled and doing business in the state of Hawaii.

2. Upon information and belief, Plaintiff is a resident of and domiciled in the state of Hawaii.

3. Founded in 1964, Hawaiian Agents provides quality sales, distribution, and warehousing solution for national brands in the Hawaii market.

4. Plaintiff was a Hawaiian Agents employee in 2017.

5. On or about April 13, 2017, Plaintiff and his supervisor were observed on video surveillance loading forklift batteries belonging to Hawaiian Agents onto a truck on Hawaiian Agents' company property.

6. The Hawaiian Agents' forklift batteries loaded onto the truck by Plaintiff and his supervisor on April 13, 2017 had a value of $48,101.19.

7. Plaintiff and/or his supervisor removed the Hawaiian Agents' forklift batteries from the company premises on April 13, 2017 and have not returned or paid for the forklift batteries.

8. At no time did Hawaiian Agents authorize or consent to Plaintiff or his supervisor removing Hawaiian Agents' forklift batteries from the company premises.

9. After being confronted with video surveillance showing Plaintiff participated in the theft of Hawaiian Agents' forklift batteries, Plaintiff resigned from Hawaiian Agents.

10. Plaintiff's supervisor was terminated for theft of company property involving the Hawaiian Agents' forklift batteries.

## CONVERSION

11. Hawaiian Agents repeats and realleges all paragraphs in this Complaint.

12. On or about April 23, 2017, Plaintiff removed and/or assisted with the removal of forklift batteries from Hawaiian Agents' company property.

13. Plaintiff has asserted an unwanted assumption of ownership over Hawaiian Agents' forklift batteries.

14. Plaintiff has engaged in illegal use or abuse of the Hawaiian Agents' forklift batteries by removing and/or assisting with the removal of the batteries without consent or compensation.

15. Plaintiff failed to return the forklift batteries despite Hawaiian Agents' demand. Hawaiian Agents, by this Complaint, again demands that Plaintiff immediately return the stolen forklift batteries.

WHEREFORE, Hawaiian Agents prays for judgment as follows:

A. Special damages in an amount to be proved at trial, but no less than $48,101.19.

B. Punitive damages in an amount commensurate with the egregious nature of the acts or omissions, the need to deter future similar conduct, and the financial condition of any party against which punitive damages are assessed.

C. Prejudgment interest in accordance with Hawaii Revised Statutes sections 636-16 and 478-3.

D. All such other and further relief as the jury and/or Court deem just and proper.

DATED: Honolulu, Hawaii, July 24, 2018.

    /s/ *Mark G. Valencia*
MARK G. VALENCIA

Attorneys for Defendant
**HAWAIIAN AGENTS, INC.**