# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 30, 2019

Circuit Court of the First Circuit, State of Hawaii
Ka'ahumanu Hale
777 Punchbowl Street
Honolulu HI 96813 – 5093

Re: BOUNLOP PHANTHALASY VS. HAWAIIAN AGENTS, INC.; ET AL.

USDC Case No. CV 18-00285 JAO-WRP
**First Circuit Court Case No. CV 18-1-0820-05 BIA**

Dear Clerk,

Please be advised that on May 30, 2019 this case was remanded to the Circuit Court of the First Circuit, State of Hawaii. Enclosed is a certified copy of the "Order Granting Defendant and Counterclaim Plaintiff Hawaiian Agents, Inc.'s Motion for Summary Judgment", filed May 30, 2019, ECF No. 39, "Defendant Hawaiian Agents, Inc.'s Answer to Complaint; Counterclaim; Summons; Certificate of Service", filed July 24, 2018, ECF No. 2 and Docket Sheet.

Sincerely Yours,

SUE BEITIA, CLERK

by: /s/ EA
Deputy Clerk



cc: all counsel of record via CM/ECF

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____   By: _____