CASE LOMBARDI & PETTIT
A Law Corporation

MARK G. VALENCIA   6783-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No.:     (808) 547-5400
Facsimile No.: (808) 523-1888
mvalencia@caselombardi.com

Attorney for Defendant
**HAWAIIAN AGENTS, INC.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| BOUNLOP PHANTHALASY,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN AGENTS, INC., JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5, DOE PARTNERSHIPS 1-5, DOE NON-PROFIT ORGANIZATIONS 1-5, and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>Defendants. | CIVIL NO. 18-00285 JAO-WRP<br>(Other Civil Action)<br><br>**STIPULATION REGARDING NON-APPEAL OF ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF HAWAIIAN AGENTS, INC.'S MOTION FOR SUMMARY JUDGMENT** |

**STIPULATION REGARDING NON-APPEAL OF ORDER
GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF
HAWAIIAN AGENTS, INC.'S MOTION FOR SUMMARY JUDGMENT**

1

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective attorneys, that Plaintiff shall not file an appeal of any kind of the Court's Order Granting Defendant and Counterclaim Plaintiff Hawaiian Agents, Inc.'s Motion for Summary Judgment, filed May 30, 2019, ECF No. 39, and/or the forthcoming Final Judgment; and that, in return, the parties shall execute a Stipulation for Dismissal With Prejudice of the Counterclaim, filed July 24, 2018, ECF No. 2, and Defendant shall not attempt to recover its attorneys' fees and costs.

| | |
|---|---|
| /s/ Mark G Valencia | /s/ Michael P. Healy |
| MARK G. VALENCIA | CHARLES H. BROWER |
| Attorney for Defendant and | MICHAEL P. HEALY |
| Counterclaim Plaintiff | Attorneys for Plaintiff and |
| **HAWAIIAN AGENTS, INC.** | Counterclaim Defendant |
| | **BOUNLOP PHANTHALASY** |

APPROVED AND SO ORDERED:



Jill A. Otake
United States District Judge

Phanthalasy v. Hawaiian Agents, Inc., Civil No. 18-00285 JAO-WRP; **STIPULATION REGARDING NON-APPEAL OF ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF HAWAIIAN AGENT, INC.'S MOTION FOR SUMMARY JUDGMENT, ECF NO. 39**